# DISCIPLINARY DOCKET

**99–1559. Columbus Bar Assn. v. Reed.**
On September 15, 1999, respondent filed a request for extension of time to file objections that were due by September 14, 1999. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that respondent's request for extension of time to file objections be, and hereby is, stricken.

*Thursday, September 23, 1999*

# MOTION DOCKET

**99–1439. Thomas v. Vesper.**
Ashland App. No. 99COA01291. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of all proceedings in trial court including discovery,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

DOUGLAS, J., concurs and would also dismiss the appeal.

F.E. SWEENEY, J., dissents.